## AMENDED CERTIFICATE OF SERVICE

I, Martha E. Hulley, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons, a copy of the complaint and Order Establishing Procedures for Avoidance Action Adversary Proceedings was made February 16, 2011 by:

  _X__    Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
          *Indisoft, LLC*
          *Serve: Sanjeevkumar V. Dahiwadkar, Register Agent*
          *2143 Oak Forest Drive*
          *Ellicott City, MD 21043*
____      Personal Service: By leaving the process with defendant or with an officer or agent of
          defendant at:

____      Residence Service: By leaving the process with the following adult at:

____      Certified Mail Service on an Insured Depository Institution: By sending the process by
          certified mail addressed to the following officer of the defendant at:

____      Publication: The defendant was served as follows: [Describe briefly]

____      State Law: The defendant was served pursuant to the laws of the State of
          _____, as follows: [Describe briefly]


Under penalty of perjury, I declare that the foregoing is true and correct.

February 16, 2011_____                          /s/ Martha E. Hulley_____
     Date                                            Signature

Martha E. Hulley
LECLAIRRYAN, A Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, VA 22314
703.647.5911